AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Terrence Jarmine Davenport ) | Case No: 5:98CR125-3 |
| ) | USM No: 13572-058 |
| Date of Previous Judgment: 4/27/99 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __38__    Amended Offense Level: __36__
Criminal History Category: __I__    Criminal History Category: __I__
Previous Guideline Range: __235__ to __293__ months    Amended Guideline Range: __188__ to __235__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

### III. ADDITIONAL COMMENTS
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __4/27/99__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 3, 2008

Effective Date: September 3, 2008
(if different from order date)

Richard L. Voorhees
United States District Judge